## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-453** |
| | : | |
| **STEPHANIE MARYLOU BAEZ,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 1752(a)(1) |
| Defendant. | : | (Entering and Remaining in a Restricted Building) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a Restricted Building) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Violent Entry and Disorderly Conduct in a Capitol Building) |
| | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, in the District of Columbia, **STEPHANIE MARYLOU BAEZ**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, in the District of Columbia, **STEPHANIE MARYLOU BAEZ**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **STEPHANIE MARYLOU BAEZ**, did willfully and knowingly engage in disorderly and disruptive conduct at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **STEPHANIE MARYLOU BAEZ**, did willfully and knowingly parade, demonstrate, or picket in any of the Capitol Buildings.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(G))

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By: _____
    Sean P. Murphy
    Assistant United States Attorney
    D.C. Bar No. 1187821
    Torre Chardon, Ste 1201
    350 Carlos Chardon Avenue
    San Juan, PR 00918
    787-766-5656
    sean.murphy@usdoj.gov