**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 21-CR-507 (PLF)** |
| | : | |
| **STEPHANIE MARYLOU BAEZ,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBMISSION OF JOINT PROPOSED SCHEDULING ORDER

Pursuant to the Court's order, the parties hereby jointly submit the attached proposed Scheduling Order.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By: _/s/ Sean P. Murphy_

SEAN P. MURPHY
Assistant U.S. Attorney
Detailee, Capitol Riot Prosecutions
D.C. Bar No. 1187821
Torre Chardón, Suite 1201
350 Chardón Avenue
San Juan, PR   00918
787-766-5656
sean.murphy@usdoj.gov