# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-507 (PLF) |
| | : | |
| STEPHANIE MARYLOU BAEZ, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JOINT PROPOSED SCHEDULING ORDER

1. TRIAL. A bench trial of this matter will commence on November 29, 2022, at 10:00 a.m. in Courtroom 29A.

2. STATUS CONFERENCE. A final status hearing will be held on September 16, 2022, at 2:00 p.m., via videoconference, provided the defendant consents.

3. PRE-TRIAL CONFERENCE. A pre-trial conference will be held on November 8, 2022, at 10:30 a.m. via videoconference, provided the defendant consents. The Court will rule on all pre-trial motions and objections to proposed exhibits, to the extent possible, at the pre-trial conference, hearing argument as necessary.

4. SUPPRESSION MOTIONS. Any motions to suppress statements or tangible things shall be filed on or before September 2, 2022. Opposition and replies shall be due within fourteen and seven days, respectively. The Court will schedule a hearing on any motions as necessary.

5. PRE-TRIAL MOTIONS. Any other pre-trial motions—including but not limited to a motion to dismiss the case and a motion for a change of venue—shall be filed on or before October 7, 2022. Oppositions and replies shall be due within fourteen and seven days, respectively.

6. MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS. All motions *in limine* and

*Daubert* motions shall be filed on, or before, October 21, 2022. Opposition and replies shall be due within fourteen and seven days, respectively. The Court will schedule a hearing on any motions as necessary.

7. FED. R. EVID. 404(B) NOTICE. Not later than October 21, 2022, the government shall provide notice of any evidence it intends to offer pursuant to Fed. R. Evid. 404(b)

8. *BRADY AND GIGLIO*. The government is under a continuing and ongoing obligation to provide defense counsel any favorable or exculpatory information (*Brady*) as it becomes available, whether it is admissible or not. *Brady* information must be disclosed on a rolling basis as "the duty to disclose is ongoing." *Pennsylvania v. Ritchie*, 480 U.S. 39, 60 (1987). To the extent it has not already done so, the government must disclose information that may be useful for impeachment or may otherwise affect the credibility of any government witness (*Giglio*)—including *Lewis* material—by November 15, 2022. *See United States v. Celis*, 608 F.3d 818, 835–36 (D.C. Cir. 2010). *Giglio* obligations are also ongoing. The government may request a protective order to preclude counsel from sharing *Giglio* information with their client.

9. EXPERT WITNESSES. The parties shall disclose any expert witnesses accompanied by a brief description of each witness' area of expertise and expected testimony by November 11, 2022.

10. EXHIBIT LISTS. The parties shall exchange lists of exhibits they intend to use in their cases-in-chief by November 18, 2022. The parties shall file objections to the admissibility of exhibits to the extent practicable by November 25, 2022. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from Courtroom Deputy Clerk. The written list of exhibits must contain a brief description of each exhibit. At the commencement of trial, counsel shall furnish opposing counsel with a copy of their pre-marked exhibits and to the Court

with two sets of binders containing their exhibit lists and copies of their pre-marked exhibits.

      11.    WITNESS LISTS. The parties shall exchange lists of witnesses in their cases-in-chief by November 18, 2022. On that same date, the government shall also provide to the defense all *Brady* or *Giglio* material not previously provided pertaining to each witness on the list. Counsel will not be absolutely bound by the witness lists or the sequence. In some cases, security concerns may justify nonidentification of witnesses by the government until shortly before they are actually called. In this situation, the government will include the number of unidentified witnesses in the Witness List and separately identify those witnesses in a filing under seal. The defense agrees not to publicly disseminate the names of those witnesses.

_____, 2022                         _____
                                                            Paul L. Friedman
                                                            UNITED STATES DISTRICT JUDGE