UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-507 (PLF) |
| **STEPHANIE BAEZ,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Sonia Mittal is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Sonia Mittal
SONIA MITTAL
Illinois Bar No. 6314706
Assistant United States Attorney
601 D St. NW
Washington, DC 20001
sonia.mittal@usdoj.gov
(202) 821-9470

## **CERTIFICATE OF SERVICE**

On this 16th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Sonia Mittal
SONIA MITTAL
Assistant United States Attorney