UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00507 (PLF) |
| ) | |
| STEPHANIE BAEZ ) | |
| ) | |
| **Defendant** ) | |
| ) | |

### MOTION TO VACATE TRIAL DATE AND CONTINUE TRIAL

Defendant, Stephanie Baez by and through her counsel of record, John M. Pierce., files this Motion to Continue Vacate Trial Date and Continue Trial in this matter, currently set to begin November 29, 2022.

On September 29, 2022, Defendant Baez filed a motion with this Court to continue her trial date due to the need for a medical procedure that was unknown to her or counsel at the time counsel and this Court set the November 29, 2022, trial date.  Defendant Baez incorporates that motion by reference.  *See* EFC. No. 33.

Defense Counsel Pierce has discussed this issue with Assistant United States Attorney who indicated that the Government has no opposition to resetting the trial for Defendant Baez due to Defendant Baez's need for surgery.  Both parties are agreeable to excluding time under the Speedy Trial Act to and through the rescheduled trial date due to the unavailability of Defendant Baez, and to maintain continuity of counsel on his behalf.

Counsel's staff reached out to the government this morning but was unable to confer this morning, Oct. 3, 2022.  (We will continue to seek to confer.)  Defendant Baez would request the

trial set for November 29, 2022 be vacated and tentatively reset for April 3rd 2023, pending on the government's schedule and availability.

Dated: October 3, 2022                                   Respectfully Submitted,

                                                        John M. Pierce
                                                        21550 Oxnard Street
                                                        3rd Floor, PMB #172
                                                        Woodland Hills, CA 91367
                                                        Tel: (213) 400-0725
                                                        Email: jpierce@johnpiercelaw.com
                                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, October 3, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
