**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-507 (PLF)** |
| | : | |
| | : | |
| **STEPHANIE MARYLOU BAEZ** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT STATUS REPORT

The United States of America, through counsel, and defendant Stephanie Marylou Baez, through counsel, hereby submit their January 30, 2023, Joint Status Report pursuant to the Court's December 13, 2022, Minute Order and state as follows:

1.  The defendant in this case is charged by a four-count Information with violations of 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2.  The government has provided defendant discovery. The government has also provided defense counsel with access to a tour of the crime scene, directed by the United States Capitol Police. Defense counsel has received the discovery and continues to review it personally and with their client. At present, there are no discovery disputes or other issues that require the intervention of the Court.

3.  The parties remain engaged in their respective pretrial preparations. The trial is currently set to commence Monday, May 8, 2023, at 10:00 a.m. ECF No. 36, p. 6. The pretrial motions

hearing date, previously set for December 1, 2022, was vacated, and a new date is currently pending.

4.   Pursuant to the December 13 Minute Order, the government[1] proposes the following three dates in March 2023 for the pretrial motions hearing on the defendant's two motions to dismiss:

- Friday, March 3, 2023, at 1:30 p.m.
- Tuesday, March 7, 2023, at 10:00 a.m.
- Thursday, March 9, 2023, at 1:30 p.m.

Respectfully submitted,


MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____
SEAN P. MURPHY
Assistant United States Attorney
Detailee, Capitol Siege Section
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov


_____/s/_____
SONIA MITTAL
Assistant United States Attorney
Illinois Bar No. 6314706
601 D Street NW
Washington, DC 20001
202-821-9470
sonia.mittal@usdoj.gov

_____/s/_____
JOHN M. PIERCE
John Pierce Law, P.C.
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213-400-0725
jpierce@johnpiercelaw.com

---

[1] At the time of this filing (10:00 p.m. (AST)), the government is pending a response from Mr. Pierce's associate, Roger Roots, as to his availability on the proposed dates. Mr. Roots is currently on one of the defense teams in the ongoing Proud Boys trial before Judge Kelly (21-CR-175 (TJK)). If Mr. Roots is unavailable on the proposed dates, the parties will file a supplemental notice of availability at the earliest possible time.