UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-507 (PLF) |
| | : | |
| STEPHANIE MARYLOU BAEZ | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO RESCUDULE
## PRETRIAL HEARING AND TRIAL

The United States of America, through counsel, and defendant Stephanie Marylou Baez, through counsel, hereby submit a Joint Motion to Reschedule the Trial and state as follows:

1. The defendant in this case is charged by a four-count Information with violations of 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. The government has provided defendant discovery. The government has also provided defense counsel with access to a tour of the crime scene, directed by the United States Capitol Police. Defense counsel has received the discovery and continues to review it personally and with their client. At present, there are no discovery disputes or other issues that require the intervention of the Court.

3. The parties remain engaged in their respective pretrial preparations. The trial is currently set to commence Monday, May 8, 2023, at 10:00 a.m. ECF No. 36, p. 6. The pretrial motions hearing date, previously set for March 9, 2023, was vacated, and a new date is currently pending.

4. The government has conferred with defense counsel and the parties jointly represent that we would be available to proceed with a bench trial on the following dates:

- June 26-30, 2023
- July 26-28, 2023
- July 31-August 4, 2023 (less preferred)

5. The government will continue to confer with defense counsel to propose dates for the recently vacated Pretrial Motions hearing.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052<br><br>By: /s/ Sean Murphy<br>SEAN P. MURPHY<br>Assistant United States Attorney<br>Detailee, Capitol Siege Section<br>D.C. Bar No. 1187821<br>Torre Chardon, Ste 1201<br>350 Carlos Chardon Ave<br>San Juan, PR 00918<br>787-766-5656<br>sean.murphy@usdoj.gov<br><br>/s/<br>SONIA MITTAL<br>Assistant United States Attorney<br>Illinois Bar No. 6314706<br>601 D Street NW<br>Washington, DC 20001<br>202-821-9470<br>sonia.mittal@usdoj.gov | /s/<br>JOHN M. PIERCE<br>John Pierce Law, P.C.<br>21550 Oxnard Street<br>Suite 3rd Floor OMB #172<br>Woodland Hills, CA 91367<br>213-400-0725<br>jpierce@johnpiercelaw.com |