UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0507 (PLF) |
| | ) | |
| STEPHANIE MARYLOU BAEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SECOND AMENDED SCHEDULING ORDER

On October 17, 2022, the Court scheduled the bench trial in this case for

May 8, 2023. See October 17, 2022 Minute Order. On October 28, 2022, the Court issued an

amended scheduling order. See Amended Scheduling Order [Dkt. No. 36]. On March 15, 2023,

the parties filed a Joint Motion to Reschedule Pretrial Hearing and Trial [Dkt. No. 39]. The

Court has considered the parties' joint motion and conferred with the parties by email.

Accordingly, it is hereby

ORDERED that the Joint Motion to Reschedule Pretrial Hearing and Trial [Dkt.

No. 39] is GRANTED; it is

FURTHER ORDERED that the bench trial currently scheduled for May 8, 2023

and pretrial hearings and deadlines are VACATED; it is

FURTHER ORDERED that on or before April 5, 2023, the parties shall confer

and file a joint status report proposing a number of available dates in April and May for a

rescheduled motions hearing on defendant Stephanie Baez's two motions to dismiss; and it is

FURTHER ORDERED that the proceedings in this case shall be governed by the

following revised schedule:

| Date | Description |
|------|-------------|
| June 9, 2023 | The parties shall disclose any expert witnesses. |
| June 23, 2023 | The parties shall file any motions in limine and Daubert motions. |
| July 7, 2023 | The parties shall file oppositions to motions in limine and Daubert motions.<br><br>The United States shall provide its Rule 404(b) notice to Ms. Baez. |
| July 10, 2023 | The parties shall file proposed case-in-chief exhibit lists.  The exhibit lists must contain a brief description of each exhibit. |
| July 14, 2023 | The parties shall file any replies in support of motions in limine and Daubert motions. |
| July 17, 2023 | The parties shall file any objections to the admissibility of exhibits, to the extent practicable.<br><br>The parties shall file proposed case-in-chief witness lists.  Counsel will not be limited to calling only those witnesses listed and will not be required to call their witnesses in the sequence listed.  In some cases, security concerns may justify nonidentification of witnesses by the United States until shortly before they are called to testify.  In this situation, the United States will include the number of unidentified witnesses in its witness list and separately identify those witnesses in a filing under seal.  Defense counsel shall not publicly disseminate the names of those witnesses.<br><br>The United States shall provide to Ms. Baez all Brady and Giglio evidence not previously disclosed related to the witnesses on its witness list, as well as any other Brady and Giglio information not previously disclosed. |

| July 19, 2023 | The parties shall furnish opposing counsel and the Court with copies of their pre-marked exhibits. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from the Courtroom Deputy Clerk. |
| July 24, 2023, at 10:00 a.m. | Final Pretrial Conference and oral argument on any motions in limine and Daubert motions in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse. The parties should set aside the entire day if there will be any witnesses. |
| July 26-28 and July 31, 2023, at 10:00 a.m. | Bench trial in Courtroom 29. |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE:   3|22|23