UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-507 (PLF) |
| | : | |
| STEPHANIE MARYLOU BAEZ | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, through counsel, and defendant Stephanie Marylou Baez, through counsel, hereby submit this April 5, 2023, Joint Status Report pursuant to the Court's March 22, 2023, Second Amended Scheduling Order and state as follows:

1. The defendant in this case is charged by a four-count Information with violations of 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. Pursuant to the Second Amended Scheduling Order, the parties propose the following dates in April and May 2023 for the pretrial motions hearing on the defendant's two motions to dismiss:

- May 1-2
- April 24-26, April 28

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052<br><br>By: /s/ Sonia Mittal<br>SONIA MITTAL<br>Assistant United States Attorney<br>United States Attorney's Office for the<br>District of Columbia<br>601 D Street NW<br>Washington, DC 20001<br>Illinois Bar No. 6314706<br>202-821-9470<br>sonia.mittal@usdoj.gov | /s/<br>JOHN M. PIERCE<br>John Pierce Law, P.C.<br>21550 Oxnard Street<br>Suite 3rd Floor OMB #172<br>Woodland Hills, CA 91367<br>213-400-0725<br>jpierce@johnpiercelaw.com |

/s/
SEAN MURPHY
Assistant United States Attorney
Detailee, Capitol Siege Section
D.C. Bar No. 1187821
Torre Chardon, Ste 1201
350 Carlos Chardon Ave
San Juan, PR 00918
787-766-5656
sean.murphy@usdoj.gov