**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00507 (PLF)** |
| | ) | |
| **STEPHANIE BAEZ** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## JOINT MOTION TO VACATE SCHEDULED MOTIONS HEARING

Defendant, Stephanie Baez by and through her counsel of record, John M. Pierce., files this Motion to Continue Vacate the Scheduled Motions Hearing in this matter, currently set to occur on May 4th at 2:30 p.m. Joining in this motion is the Assistant United States Attorney who indicated that the Government has no opposition to cancel the scheduled motions hearing set for tomorrow May 4, 2023, and both parties are in agreement that no oral argument is necessary.

WHEREFORE, both parties and their respective counsels, request this Court to enter an order to vacate the scheduled motions hearing and to submit on the papers with respect to the motions.

Dated: May 3, 2023                                  Respectfully Submitted,

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, May 3, 2023, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.


/s/ John M. Pierce
John M. Pierce