UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-507 (PLF) |
| | : | |
| | : | |
| **STEPHANIE MARYLOU BAEZ** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO HOLD SCHEDULING ORDER IN ABEYANCE UNTIL JULY 6 STATUS CONFERENCE

The United States of America, through counsel, and defendant Stephanie Marylou Baez, through counsel, hereby ask the Court to hold in abeyance until the July 6, 2023, Status Conference any pending deadlines from the Second Amended Scheduling Order. ECF No. 40, p. 2. Specifically, the Scheduling Order requires that by June 23, 2023, "The parties shall file any motions in limine and Daubert motions." *Id*.

Defense counsel has made the government aware of certain medical conditions of Ms. Baez that will impact her ability to stand trial on July 26, 2023, and defense counsel has informed the government that they will be seeking a continuance of the trial date based on those grounds. Based on the information known to the government at this time, the reasons for the continuance appear to be meritorious of further consideration from the Court. The parties anticipate asking the Court for a trial date in Fall 2023.

With a late 2023 trial date in mind, the parties ask that the Court hold in abeyance the remainder of the due dates of the Second Amended Scheduling Order. The parties will submit a proposed Third Amended Scheduling Order after the July 6, Status Conference. All time through the currently scheduled bench trial (July 26, 2023) has been excluded from calculation under the Speedy Trial Act pursuant to the Court's MINUTE ORDER dated June 12, 2023.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052<br><br>By: _____<br>SEAN P. MURPHY<br>Assistant United States Attorney<br>Detailee, Capitol Siege Section<br>D.C. Bar No. 1187821<br>Torre Chardon, Ste 1201<br>350 Carlos Chardon Ave<br>San Juan, PR 00918<br>787-766-5656<br>sean.murphy@usdoj.gov<br><br>_____/s/_____<br>SONIA MITTAL<br>Assistant United States Attorney<br>Illinois Bar No. 6314706<br>601 D Street NW<br>Washington, DC 20001<br>202-821-9470<br>sonia.mittal@usdoj.gov | _____/s/_____<br>JOHN M. PIERCE<br>John Pierce Law, P.C.<br>21550 Oxnard Street<br>Suite 3rd Floor OMB #172<br>Woodland Hills, CA 91367<br>213-400-0725<br>jpierce@johnpiercelaw.com |