UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> STEPHANIE MARYLOU BAEZ, ) <br> ) <br> Defendant. ) | Criminal No. 21-0507 (PLF) |

## ORDER

On July 6, 2023, the Court held a status conference during which the parties requested that the Court vacate the current pretrial deadlines and bench trial dates and reschedule the bench trial to begin on September 26, 2023. For the reasons stated on the record, it is hereby

ORDERED that the pretrial deadlines in the Second Amended Scheduling Order [Dkt. No. 40], the final pretrial conference scheduled for July 24, 2023, and the bench trial scheduled to begin on July 26, 2023 are VACATED; it is

FURTHER ORDERED that the bench trial is rescheduled to begin on September 26, 2023 at 10:00 a.m. in Courtroom 29 of the William B. Bryant Annex of the E. Barrett Prettyman Courthouse at 333 Constitution Avenue NW, Washington, DC 20001; it is

FURTHER ORDERED that the parties shall confer and file a joint status report on or before July 13, 2023 with a proposed pretrial schedule for the Court's consideration; and it is

FURTHER ORDERED that in the interest of justice the Speedy Trial Act is tolled through September 26, 2023.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/7/23