UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-0507 (PLF) |
| | ) | |
| STEPHANIE MARYLOU BAEZ, | ) | |
| | ) | |
| Defendant | ) | |

### DEFENDANT STEPHANIE MARYLOU BAEZ'S NOTICE AND MOTION FOR TRIAL BY JURY

NOW COMES, Defendant STEPHANIE MARYLOU BAEZ, by and through her counsel of record, John M. Pierce, Esq., and respectfully gives notice and moves the Court for an order that trial in this case be by jury.

Baez previously indicated she would opt for a bench trial.

Upon further research and analysis, Baez now seeks trial by jury.

> John M. Pierce
> John Pierce Law, P.C.
> 2550 Oxnard Street
> 3rd Floor,  PMB# 172
> Woodlands, Hills, CA 91367
>  jpierce@johnpiercelaw.com
> (213) 279-7648

2

CERTIFICATE OF SERVICE

I certify that on July 9, 2023 I uploaded this document to the Court's electronic filing system, thereby serving all parties.

/s/ John Pierce