UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-507 (PLF) |
| v. : | |
| : | |
| STEPHANIE M. BAEZ, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR TRIAL BY JURY**

The defendant in this case is charged by a four-count Information, the top two counts of which are Class A misdemeanor offenses. ECF No. 10. As such, she is entitled to a jury trial under the United States Constitution and the Federal Rules of Criminal Procedure. Up to this point in the criminal proceedings against the defendant, she expressed a desire to waive her right to a jury trial in favor of a bench trial. As recently as the Status Hearing that took place on July 6, 2023, the defendant represented through counsel that she was waiving her right to a jury trial and requesting a bench trial. The parties agreed to proceed with a bench trial to begin on September 26, 2023, at 10:00 AM in Courtroom 29A. MINUTE ENTRY from July 6, 2023. On July 9, 2023, the defendant filed a motion for a trial by jury. ECF No. 46.

The United States Supreme Court has long held that "the prosecution is entitled to prove its case by evidence of its own choice." *Old Chief v. United States*, 519 U.S. 172, 186-87 (1997). A jury trial will require additional time—previously unaccounted for—to select a jury and seek the testimony of witnesses that may not have been necessary in a bench trial. Instead of the one or two days that the government previously believed would be sufficient to present its case-in-chief, the government now estimates that it will require three or four days (including jury selection) to present its case-in-chief.

The government is aware that there is a pending Order from the Court to file a Third Amended Scheduling Order no later than July 13, 2023. The government also knows that the Court has a tight trial schedule in September. Prior to filing a proposed Third Amended Scheduling Order, the government asks the Court to confirm that the Court has availability for a jury trial set to begin on September 26, 2023. If not, the government asks for an opportunity to confer with defense counsel and the Courtroom Deputy to find a trial date that will work for all parties to commence jury selection and give the government the time it requires to present its case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: _____

SEAN P. MURPHY
Assistant U.S. Attorney
DC Bar No. 1187821
Torre Chardon, Ste 1202
350 Carlos Chardon Ave
San Juan, PR 00918
sean.murphy@usdoj.gov
787-766-5656