UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                       )         Criminal No. 21-0507 (PLF)<br>)<br>STEPHANIE MARYLOU BAEZ,       )<br>)<br>            Defendant.                       )<br>)| |

## THIRD AMENDED SCHEDULING ORDER

On March 22, 2023, the Court issued a Second Amended Scheduling Order setting pretrial deadlines and scheduling the bench trial in this case to begin on July 26, 2023. See Second Amended Scheduling Order [Dkt. No. 40]. On July 6, 2023, the Court convened a status conference and discussed with the parties a continuance of the trial date due to defendant Stephanie Baez's medical appointments. The Court then rescheduled the bench trial to begin on September 26, 2023 at 10:00 a.m. See July 7, 2023 Order [Dkt. No. 45] at 1. In addition, during the status conference, the parties confirmed that they did not expect to file any pretrial Daubert motions.

On July 9, 2023, Ms. Baez filed a motion requesting a trial by jury, noting that she "previously indicated she would opt for a bench trial," but "upon further research and analysis, [she] now seeks trial by jury." Defendant Stephanie Marylou Baez's Notice and Motion for Trial by Jury [Dkt. No. 46] at 1. The government filed a response on July 13, 2023, indicating that it does not oppose Ms. Baez's request. See Government's Response to Defendant's Motion for Trial by Jury [Dkt. No. 48]. The Court has considered Ms. Baez's motion and conferred with the parties by email. Accordingly, it is hereby

ORDERED that Defendant Stephanie Marylou Baez's Notice and Motion for Trial by Jury [Dkt. Nos. 46, 47] is GRANTED; it is

FURTHER ORDERED that the trial currently scheduled for September 26, 2023 will begin on that date with jury selection and will continue daily until trial is completed; and it is

FURTHER ORDERED that the proceedings in this case shall be governed by the following revised schedule:

| Date | Description |
|---|---|
| August 4, 2023 | The parties shall file any motions in limine. |
| August 18, 2023 | The parties shall file oppositions to motions in limine.<br><br>The United States shall provide its Rule 404(b) notice to Ms. Baez. |
| August 25, 2023 | The parties shall file any replies in support of motions in limine. |
| September 1, 2023 | The parties shall file proposed case-in-chief exhibit lists. The exhibit lists must contain a brief description of each exhibit.<br><br>The parties shall file proposed case-in-chief witness lists. Counsel will not be required to call their witnesses in the sequence listed. In some cases, security concerns may justify nonidentification of witnesses by the United States until shortly before they are called to testify. In this situation, the United States will include the number of unidentified witnesses in its witness list and separately identify those witnesses in a filing under seal. Defense counsel shall not publicly disseminate the names of those witnesses.<br><br>The United States shall provide to Ms. Baez all Brady and Giglio evidence not |

| | |
|---|---|
| | previously disclosed related to the witnesses on its witness list, as well as any other Brady and Giglio information not previously disclosed. |
| September 8, 2023 | The parties shall file any objections to the admissibility of exhibits, to the extent practicable. |
| September 14, 2023 | The parties shall furnish opposing counsel and the Court with copies of their pre-marked exhibits. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from the Courtroom Deputy Clerk. The parties shall file proposed jury instructions, proposed voir dire, and a proposed jury verdict form. If there are any disagreements, the parties shall file their own versions of these documents. |
| September 18, 2023, at 10:00 a.m. | Final Pretrial Conference and oral argument on any motions in limine via Zoom videoconference. |
| September 26, 2023, at 10:00 a.m. | Jury selection will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse. |
| September 27, 2023, at 10:00 a.m. | Trial will commence in Courtroom 29 with opening statements, and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 7/19/23

3