# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 21-CR-507 (PLF) |
| | : | |
| STEPHANIE BAEZ, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America, by and through the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Madison Mumma is entering her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorneys Sean P. Murphy and Sonia Mittal.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:   /s/ *Madison Mumma*
    Madison Mumma
    N.C. Bar No. 56546
    Trial Attorney
    U.S. Department of Justice, Crim. Division
    Detailed to the D.C. U.S. Attorney's Office
    601 D St. NW
    Washington, DC 20004
    madison.mumma2@usdoj.gov
    (202) 431-8603

## **CERTIFICATE OF SERVICE**

On this 31st day of July 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Madison Mumma*
Madison Mumma
Trial Attorney