# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 21-CR-507 (PLF) |
| **v.** : | |
| : | |
| **STEPHANIE M. BAEZ,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Troy A. Edwards, Jr. is entering his appearance in the above-captioned matter as counsel for the United States.

DATED: August 1, 2023

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. BAR NO. 481052

By: _____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
555 4th Street, NW,
Washington, D.C. 20530
(202) 252-7081
troy.edwards@usdoj.gov