UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) |
| v. | ) Criminal No. 21-0507 (PLF) |
|  | ) |
| STEPHANIE MARYLOU BAEZ, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE UNSEEN
SIGNAGE, FENCING, ANNOUNCEMENTS, OR OTHER BARRIERS**

Comes Now Defendant Stephanie Marylou Baez, by and through her counsel

of record, with this motion in limine to preclude from trial any evidence, discussion,

or argument regarding signs, fencing, dispersal announcements, barricades or other

barriers unless the offering party first lays a foundation that defendant actually was

in a place to witness such features.

Baez is charged with several criminal offenses which require the United States

to prove that she knew she was in an unauthorized area or areas.  At trial, Baez will

contest these false assertions.

Under Rules 401 and 403, the government must be precluded from introducing

evidence, discussion, or argument of any signs, plaques, notices, "No Trespassing"

markings, dispersal announcements, barriers, fences or barricades which Baez could

not have seen or heard herself at her location(s) at the times when Baez was present.


Date: August 4, 2023                          Respectfully Submitted,
                                               */s/ John M. Pierce*
                                               John M. Pierce
                                               21550 Oxnard Street
                                               3rd Floor, PMB #172
                                               Woodland Hills, CA 91367
                                               Tel: (213) 400-0725
                                               Email:jpierce@johnpiercelaw.com
                                               Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on August 4, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

/s/ John M. Pierce
John M. Pierce