UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-507(PLF) |
| v. : | |
| STEPHANIE BAEZ, : | |
| : | |
| : | |
| : | |
| **Defendant** : | |

NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Victoria A. Sheets is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
NY Bar No. 5548623
Assistant United States Attorney
U.S. Department of Justice
601 D Street NW
Washington, DC 20530
(202) 252-7566
Victoria.Sheets@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 16th day of August 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Victoria A. Sheets*
Victoria A. Sheets
Assistant United States Attorney
