## CERTIFICATE OF SERVICE

On this 16th day of August 2023, a copy of the foregoing was served upon all parties listed on the

Electronic Case Filing (ECF) System.

/s/ Sean P. Murphy____
Sean P. Murphy
Assistant United States Attorney