UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-507 (PLF) |
| : | |
| STEPHANIE BAEZ, : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION TO REQUEST REPLY DEADLINE

The United States of America moves, pursuant to Fed. R. Civ. P. 6(b)(1)(A), to respectfully request a deadline of Monday, September 4, 2023, to file a reply on any *motions in limine*.

Due to filing delays—namely, opposition briefs were filed by defense counsel on Wednesday, August 23, 2023, whereas the deadline was Friday, August, 18, 2023—the United States requests this time to reply.

For the reasons described above, the United States respectfully requests that this Court grant the government's motion.

                                                             Respectfully submitted,

DATED: August 31, 2023                       MATTHEW M. GRAVES
                                                             United States Attorney
                                                             D.C. Bar No. 481052

                                     By:     */s/ Victoria A. Sheets*
                                                            VICTORIA A. SHEETS
                                                            Assistant United States Attorney
                                                             NY Bar No. 5548623
                                                            601 D Street, N.W.
                                                            Washington, D.C. 20001
                                                           victoria.sheets@usdoj.gov
                                                           (202) 252-7566

                                                           */s/ Troy A. Edwards, Jr.*
                                                           TROY A. EDWARDS, JR.
                                                           Assistant United States Attorney

N.Y Bar No. 5453741  
601 D Street., N.W.  
Washington, D.C. 20001  
troy.edwards@usdoj.gov  
(202) 252-7081

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. **1:21-CR-507 (PLF)** |
| : | |
| **STEPHANIE BAEZ,** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter having come before the Court pursuant to the Government's motion seeking to request a deadline for its Reply, filed on August 31, 2023, is hereby:

**ORDERED** that the Government's Motion is **GRANTED.** Specifically, the Government shall have until September 4, 2023 to file its Reply.

_____
HONORABLE PAUL L. FRIEDMAN
United States District Judge