UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Case No. 1:21-CR-507 (PLF) |
| | : | |
| STEPHANIE MARYLOU BAEZ, | : | |
| | : | |
| Defendant. | : | |

### DEFENDANT'S TRIAL EXHIBITS

| Ex. No. | Description of Exhibit | Objection Under FRE | Produced to Govt.? |
| --- | --- | --- | --- |
| 1 | Slideshow of Photos of Defendant & Family or Friends | | Yes |
| 2 | CDU Operational Plan for the USCP | | Yes |
| 3 | OPR Interview with Inspector Robert Glover | | Yes |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | | Yes |
| 5 | DC-001-00000001[37] | | Yes |
| 6 | Examining the Capitol Attack- A review of the security, planning, and response failures on January 6th. | | Yes |
| 7 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | | Yes |
| 8 | Photo of Stop Pence and Trump Protest Flyer | | Yes |
| 9 | Schedule for Wednesday January 6th 2021 | | Yes |
| 10 | Protestor Talking about J6 1 | | Yes |
| 11 | final_report_of_investigation_real | | Yes |

| 12 | Open Source Video Protestors 1 | | Yes |
|---|---|---|---|
| 13 | Open Source Video Protestors 2 | | Yes |
| 14 | Open Source Video Protestors 3 | | Yes |
| 15 | U.S. Capitol Grounds Demonstration Area Map | | Yes |
| 16 | Guidelines For Conducting an Event on United States Capitol Grounds_December 2019 | | Yes |
| 17 | USCP-011-00055405_image | | Yes |
| 18 | Muriel Bowser Tweet | | Yes |
| 19 | Murial Bowser Announcement | | Yes |
| 20 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | Yes |
| 21 | HSEMA letter to Gen Walker 12_31_20[25141] | | Yes |
| 22 | USCPJanuary-6-Timeline[25142] | | Yes |
| 23 | gao-22-104829[25148] | | Yes |
| 24 | MPD-001-00000034[25146] | | Yes |
| 25 | DODIG-2022-039 V2 508[25149] | | Yes |
| 26 | 04.29.22._-_comms_oag_odag_-_interim[25153] | | Yes |

| | | | |
|---|---|---|---|
| 27 | 07.15.22._-_january_4_2021_meeting_doj_dod[25152] | | Yes |
| 28 | grassley_to_doj_-_failure_to_prosecute_oig_criminal_referrals[25140] | | Yes |
| 29 | PLAW-115publ435[25139] | | Yes |
| 30 | DC-FirstAmendment | | Yes |
| 31 | USCPJan.6Timeline[25122] | | Yes |
| 32 | gao-22-104829[25121] | | Yes |
| 33 | Open source video of J6 2 | | Yes |
| 34 | Open source video of J6 3 | | Yes |
| 35 | Open source video of J6 4 | | Yes |
| 36 | Open source video of J6 5 | | Yes |
| 37 | Open Source Video of J6 6 | | Yes |
| 38 | Open source video of J6 7 | | Yes |
| 39 | 5 Demonstration Permits for J6 | | Yes |
| 40 | Frequencies DC 011822[25098] | | Yes |
| 41 | Crosstabs DC 011822[25099] | | Yes |
| 42 | Pictures and Videos pertaining to #redonredglasses | | Yes |
| 43 | 210107 LAURA USA CAPITOL WASHINGTON | | Yes |
| 44 | HIGHLY SENSITIVE 0250 USCH 02 East Stairs near H208 - 2021-01-06_19h26min25s | | Yes |
| 45 | HIGHLY SENSITIVE 0251 USCH 02 Main Door Hall near H208 - 2021-01-06_19h35min49s | | Yes |
| 46 | HIGHLY SENSITIVE 0259 USCH 02 Statuary Hall Connector - 2021-01-06_19h37min42s | | Yes |

| | | | |
|---|---|---|---|
| 47 | HIGHLY SENSITIVE 0262 USCH 02 Statuary Hall - 2021-01-06_19h41min24s | | Yes |
| 48 | HIGHLY SENSITIVE 0959 USC 02 Rotunda South - 2021-01-06_19h34min32s | | Yes |
| 49 | HIGHLY SENSITIVE 7029 USCS 02 Rotunda Door Interior - 2021-01-06_19h35min54s | | Yes |
| 50 | Room 1_01-11-2021_48307 | | Yes |
| 51 | videos_10216234783897214 | | Yes |
| 52 | videos_10216234786297274 | | Yes |
| 53 | videos_10216234787777311 | | Yes |
| 54 | videos_10216234875579506 | | Yes |
| 55 | videos_10216234910540380 | | Yes |
| 56 | videos_10216234953101444 | | Yes |
| 57 | videos_10216234979822112 | | Yes |
| 58 | videos_10216235166186771 | | Yes |
| 59 | videos_10216235175226997 | | Yes |
| 60 | Open Source Video J6 8 | | Yes |
| 61 | Open Source Video of East Side 1 | | Yes |
| 62 | Open Source Video of East Side 2 | | Yes |
| 63 | Open Source Video of East Side 3 | | Yes |
| 64 | Open Source Video of East Side 4 | | Yes |
| 65 | Open Source Video of East Side 5 | | Yes |

| | | | |
|---|---|---|---|
| 66 | Open Source Video of East Side 6 | | Yes |
| 67 | Open Source Video of East Side 7 | | Yes |
| 68 | Open Source Video of East Side 8 | | Yes |
| 69 | Open Source Video of East Side 9 | | Yes |
| 70 | Open Source Video of East Side 10 | | Yes |
| 71 | Capitol Police Manuals | | Yes |
| 72 | Open Source Video of West Side 1 | | |
| 73 | Open Source Video of West Side 2 | | |
| 74 | Open Source Video of West Side 3 | | |
| 75 | Open Source Video of West Side 4 | | |
| 76 | Open Source Video of West Side 5 | | |
| 77 | Open Source Video of West Side 6 | | |
| 78 | Open Source Video of West Side 7 | | |
| 79 | Open Source Video of West Side 8 | | |
| 80 | Open Source Video of West Side 9 | | |
| 81 | Screenshot of Capitol Webpage | | |
| 82 | CHS Materials | | |
| 83 | Case file Materials | | |

Dated: September 1, 2023                                  Respectfully Submitted,

<u>/s/ *John M. Pierce*</u>
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant Nancy Barron*

## **CERTIFICATE OF SERVICE**

I hereby certify that I uploaded this document to the Court's electronic filing system, which thereby serves all parties.

/s/ John M. Pierce
John M. Pierce