# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 21-cr-507 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **STEPHANIE M. BAEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S WITNESS AND EXHIBIT LISTS

Pursuant to the Court's Third Amended Scheduling Order (ECF 49), the government files the below Witness and Exhibit (Case in Chief) lists on the docket.  The government respectfully reserves the right to call additional witnesses and introduce additional exhibits not currently listed and will work with defense counsel to ensure all parties have sufficient time to raise any objections in line with both the current scheduling order and the pretrial conference.  The government also reserves the right to raise new objections in light of any potential witnesses or exhibits raised by the defendant in their proposed lists and, again, will endeavor to do so in a timely fashion to ensure a timely and orderly trial procedure.

The government continues to abide by its discovery obligations and is open to working with defense counsel to ensure we provide (or re-provide) materials ahead of trial in a timely fashion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
601 D Street, N.W.

Washington, D.C. 20001
victoria.sheets@usdoj.gov
(202) 252-7566

TROY A. EDWARDS, JR.
Assistant United States Attorney
N.Y Bar No. 5453741
601 D Street., N.W.
Washington, D.C. 20001
troy.edwards@usdoj.gov
(202) 252-7081

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 21-cr-507 (PLF)** |
| | : | |
| **v.** | : | |
| | : | |
| **STEPHANIE M. BAEZ,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>GOVERNMENT'S WITNESS LIST</u>**

The United States hereby submits the following list of witness names for trial in its case in chief in the above-referenced matter:

1. Captain Jessica Baboulis (United States Capitol Police)

2. Special Agent Elizabeth Glavey (United States Secret Service)

3. Officer Christopher Baranowsky (United States Capitol Police)

4. Special Agent Jessica Salo (FBI)

The United States reserves the right to call additional witnesses as necessary in its case in chief or in rebuttal.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 21-cr-507 (PLF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **STEPHANIE M. BAEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S EXHIBIT LIST**

<table>
<tr><th colspan="6">100 Series – Overview Materials</th></tr>
<tr>
<th><i>Ex. No.</i></th>
<th><i>Description of Exhibit</i></th>
<th><i>Offered</i></th>
<th><i>Received in Evidence</i></th>
<th><i>Witness</i></th>
<th><i>Objections (if any)</i></th>
</tr>
<tr><td>101</td><td>Map of Restricted Perimeter</td><td></td><td></td><td></td><td></td></tr>
<tr><td>102</td><td>Image of West Front of Capitol</td><td></td><td></td><td></td><td></td></tr>
<tr><td>103</td><td>Press Release, "Restrictions in Effect September 7, 2020 through February 28, 2021"</td><td></td><td></td><td></td><td></td></tr>
<tr><td>104</td><td>12th Amendment</td><td></td><td></td><td></td><td></td></tr>
<tr><td>105</td><td>3 USC 15</td><td></td><td></td><td></td><td></td></tr>
<tr><td>106</td><td>3 USC 16</td><td></td><td></td><td></td><td></td></tr>
<tr><td>107</td><td>3 USC 17</td><td></td><td></td><td></td><td></td></tr>
<tr><td>108</td><td>3 USC 18</td><td></td><td></td><td></td><td></td></tr>
<tr><td>109</td><td>House Congressional Record</td><td></td><td></td><td></td><td></td></tr>
<tr><td>110</td><td>Senate Congressional Record</td><td></td><td></td><td></td><td></td></tr>
</table>

| | | | | | |
|---|---|---|---|---|---|
| 111 | USCP Order re Closure | | | | |
| 112 | Safeway Business Records Certification | | | | |
| 112.1 | Email DC closure | | | | |
| 112.2 | Mid-Atlantic Daily Sales Report 01.05.21 thru 01.07.21 redacted | | | | |
| 112.3 | PA shipment (002) | | | | |
| 113 | US Capitol Floor Plan – 2nd Floor | | | | |
| 114 | 2022.03.21 Griffin transcript - USSS testimony pg 211 | | | | |
| 115 | Webster transcript - Safeway Manager testimony | | | | |
| 116 | 2021.01.06 Congressional vote | | | | |
| 117 | 2022.04.05 Ortega prior testimony - Robertson | | | | |
| 118 | USCP sign | | | | |
| 119 | USCP car & signs | | | | |
| 120 | CCTV of VP Motorcade | | | | |
| 121 | CCTV of VP Escorted Through Capitol Staircase | | | | |
| 122 | 2021.06.05 Email with USSS HOS Notification (REDACTED) | | | | |
| 123 | USSS HOS Notification - Vice President Pence 01.06.21 (REDACTED) | | | | |
| 124 | WDC TANGO RECORD - 2021-01-06 - 12h-35m-16s - (0h-0m-5s) (USSS Radio Call) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 125 | WDC TANGO RECORD - 2021-01-06 - 13h-59m-54s - (0h-0m-1s) (USSS Radio Call) | | | | |
| 126 | WDC TANGO RECORD - 2021-01-06 - 14h-00m-03s - (0h-0m-1s) (USSS Radio Call) | | | | |
| 127 | WDC TANGO RECORD - 2021-01-06 - 14h-14m-42s - (0h-0m-2s) (USSS Radio Call) | | | | |
| 128 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-19s - (0h-0m-5s) (USSS Radio Call) | | | | |
| 129 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-30s - (0h-0m-3s) (USSS Radio Call) | | | | |
| 130 | WDC TANGO RECORD - 2021-01-06 - 14h-20m-38s - (0h-0m-7s) (USSS Radio Call) | | | | |
| 131 | WDC TANGO RECORD - 2021-01-06 - 14h-21m-49s - (0h-0m-18s)_redacted (USSS Radio Call) | | | | |
| 132 | WDC TANGO RECORD - 2021-01-06 - 14h-25m-19s - (0h-0m-1s) (USSS Radio Call) | | | | |
| 133 | WDC TANGO RECORD - 2021-01-06 - 23h-31m-56s - (0h-0m-3s) (USSS Radio Call) | | | | |
| 134 | WDC TANGO RECORD - 2021-01-06 - 23h-32m-20s - (0h-0m-3s) (USSS Radio Call) | | | | |
| 135 | WDC TANGO RECORD - 2021-01-07 - 00h-20m-15s - (0h-0m-3s) (USSS Radio Call) | | | | |
| 136 | USCP Video Montage | | | | |
| 137 | Video Montage with Congressional Record | | | | |

| 200 Series – CCTV | | | | | |
|---|---|---|---|---|---|
| 201 | 0122 USCS Senate Fire Door 2:55pm-3:02PM | | | | |
| 202 | 0102 USCS Senate Wing Door (Near S139) 3:05pm-3:09pm | | | | |
| 203 | 0402 USCH Crypt North 3:08pm-3:35pm | | | | |
| 204 | 0403 USCH Crypt South 3:08pm-3:35pm | | | | |
| 205 | 0178 USCH Crypt East 3:15pm-3:20pm | | | | |
| 206 | 0171 USCH Memorial Door 3:32pm-3:35pm | | | | |
| 207 | 0179 USCH Memorial Door Interior 3:33pm-3:35pm | | | | |
| 208 | 0180 USCH Memorial Door Exterior 3:33pm-3:35pm | | | | |
| 300 Series – Open Source Footage | | | | | |
| 301 | Video of NW Courtyard (Emily Molli \| 2021-01-06 \| EMOLLI_MVI_2410.MP4) | | | | |
| 302 | Video of Baez exiting NW fire door and walking toward Crypt (Court Case Files \| Nathan Entrekin \| GOV'T EXHIBIT 01—NineVideos from Entrekin's Phone.mp4) | | | | |
| 303 | Video of Baez in Crypt (Court Case Files \| Marissa Suarez and Patricia Todisco \| VID-20210116-WA0110.mp4) | | | | |

| | | | | |
|---|---|---|---|---|
| 304 | Video of Baez in Crypt (Court Case Files \| Anthony Puma \| GEX 5 [9_GH010035].h264.mp4) | | | |
| 305 | Video of Baez in Crypt (Parler \| ChicanoPatriot2.0 (Chicanopatriotjd) \|<br><br>C6CA3XcXO87g.mp4) | | | |
| 306 | Video of Baez in Crypt (Parler \| NYRHCOsbj0bi.mp4) | | | |
| 307 | Video of Baez on East Stairs (Twitter \| olivieromahony \| ErE7SYOW8AIKGUa.jpg) | | | |
| 308 | Video of Baez on East Stairs (Instagram \| atl_alpha17 \| 136086112_1115341095562218_1656843358508957191_n.mp4) | | | |
| 309 | Video of Baez on East Stairs (YouTube \| JDMOONAN (jdmoonan) \| The "Peaceful" Protest 1621 on Capital Hill!.mp4) | | | |
| 310 | Shutterstock photo of Baez (https://www.shutterstock.com/editorial/image-editorial/11681512u) | | | |
| 311 | Video of Baez in Crypt (Court Case Files Marissa Suarez and Patricia Todisco https://archive.org/details/Pw3ZAimEP5Z4t2MGZ) | | | |
| 312 | Video of Baez exiting Capitol (Twitter \| HannahNighting Hannah Nightingale - One man shouts at the police as people are let out of the building, "When we co.mp4) | | | |
| 313 | Video of Baez interviewed at Capitol (Telegram \| Archive.org (MiamiProudboys) 347AB45D- | | | |

| | | | | |
|---|---|---|---|---|
| | 1D7A-4F7B-B0C6-6D97F06B6473.h264.mp4) | | | |
| 314 | News Footage of Baez on East Front (YouTube \| Washington Post (WashingtonPost) LIVE ANALYSIS Congress resumes electoral vote count.mp4) | | | |
| **400 Series – Baez Phone** | | | | |
| 401 | Baez Message Compilation | | | |
| 402 | Video of Baez in Crypt | | | |
| 403 | Video of Baez in Trump shirt with caption | | | |
| 404 | Video in Capitol hallway | | | |
| 405 | Video of Baez | | | |
| 406 | Video of Baez | | | |
| 407 | Photograph of Baez | | | |
| 408 | Photograph of Jorge Riley | | | |
| 409 | Photograph of Baez | | | |
| 410 | Video of Jorge Riley 1 | | | |
| 411 | Video of Jorge Riley 2 | | | |
| 412 | Video of Senate North Doors | | | |
| 413 | Video of The Patriot | | | |
| 414 | Video Baez on Capitol Exterior | | | |

| 415 | Video of Baez | | | | |
|-----|---------------|--|--|--|--|
| 416 | Video near law enforcement in Capitol | | | | |
| 417 | Video of Baez | | | | |
| 418 | Video of Baez | | | | |
| 419 | Video of Baez | | | | |
| **500 Series – Interview and FBI Contact** | | | | | |
| 501 | 266O-LA-3374080 Zoom 4.docx (Interview transcript) | | | | |
| 502 | 266O-LA-3374080 Zoom 5.docx (Interview transcript) | | | | |
| 503 | 266O-LA-3374080 Zoom 6.docx (Interview transcript) | | | | |
| 504 | 266O-LA-3374080.docx (Interview transcript) | | | | |
| 505 | 266O-LA-3374080_0000037_1A0000020_0000001.mp4 (Cellphone video of Capitol – provided by Baez) | | | | |
| 506 | 266O-LA-3374080_0000037_1A0000020_0000002.mp4 (Cellphone video of Capitol – provided by Baez) | | | | |
| 507 | 266O-LA-3374080_0000037_1A0000020_0000003.mp4 (Cellphone video of Capitol – provided by Baez) | | | | |
| 508 | 266O-LA-3374080_0000037_1A0000020_0000004.mp4 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (Cellphone video of Capitol – provided by Baez) | | | | |
| 509 | 266O-LA-3374080_0000037_1A0000020_0000005.mp4<br><br>(Cellphone video of Capitol – provided by Baez) | | | | |
| 510 | 266O-LA-3374080_0000037_1A0000020_0000007.mp4<br><br>(Cellphone video of Capitol – provided by Baez) | | | | |
| 511 | 04272021 Interview.pdf<br><br>(302 of FBI Interview) | | | | |
| 512 | Additional Contact 042721 042821.pdf  (302 of FBI Contact) | | | | |
| 513 | Additional Contact 050521.pdf (302 of FBI Contact) | | | | |
| 514 | Fri_May_07_110205_PDT_2021.pdf<br><br>(Texts between FBI and Baez) | | | | |
| 515 | Thu_Apr_29_114636_PDT_2021.pdf<br><br>(Texts between FBI and Baez) | | | | |
| 516 | Email from Baez 042721 2.png | | | | |
| 517 | Email from Baez 042721.png | | | | |
| 518 | ZOOM0003.WAV  (Recording of FBI Interview) | | | | |
| 519 | ZOOM0004.WAV  (Recording of Call with Baez) | | | | |
| 520 | ZOOM0005.WAV  (Recording of call with Baez) | | | | |
| 521 | ZOOM0006 1D1.WAV (Recording of call with Baez) | | | | |

| 522 | ZOOM0006 1D5.WAV (Recording of call with Baez) | | | |
|---|---|---|---|---|
| **600 Series – Social Media** | | | | |
| 601 | Baez Instagram return | | | |
| 602 | 302 of Instagram stephmlb777 Review | | | |
| 603 | Screenshot of stephmlb777 Instagram post | | | |
| 604 | Screenshot of stephmlb777 Instagram post | | | |
| 605 | Screenshot of January 6, 2021 stephmlb777 Instagram post | | | |
| 606 | Screenshot of stephmlb777 Instagram post | | | |
| 607 | Screenshot of January 7, 2021 stephmlb777 Instagram post | | | |
| 608 | Screenshot of January 7, 2021 stephmlb777 Instagram post | | | |
| 609 | Screenshot of January 13, 2021 stephmlb777 Instagram post | | | |
| 610 | Screenshot of January 7, 2021 stephmlb777 Instagram conversation | | | |
| 611 | Screenshot of January 7, 2021 stephmlb777 Instagram conversation | | | |
| 612 | Screenshot of January 7, 2021 stephmlb777 Instagram conversation | | | |
| 613 | Screenshot of January 6, 2021 stephmlb777 Instagram conversation | | | |
| **700 Series - Other** | | | | |
| | | | | |

| 800 Series – Physical Evidence | | | | | |
|---|---|---|---|---|---|
| 701 | Baez T-Shirt | | | | |
| 702 | Baez Backpack | | | | |
| 703 | Baez Phone | | | | |

The United States reserves the right to add additional exhibits as necessary in its case in chief or in rebuttal.