**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No: 21-CR-507 (PLF)** |
| **STEPHANIE BAEZ** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Sonia Mittal, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW GRAVES
United States Attorney
D.C. Bar No. 481052

BY:     /s/ Sonia Mittal
Sonia Mittal
Illinois Bar No. 6314706
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D St. NW
Washington, DC 20001
Tel. (202) 821-9470
sonia.mittal@usdoj.gov