**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-CR-507 (PLF)** |
| | : | |
| **STEPHANIE M. BAEZ,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**UNITED STATES' OBJECTIONS TO DEFENDANT'S EXHIBITS**</u>

The government files the below objections to the defendant's exhibits pursuant to the Court's July 19, 2023 Third Amended Scheduling Order (ECF 49). At this time, the government's objections are based on the defendant's exhibit list alone; the government has not received any of the exhibits, and the parties are not scheduled to exchange the exhibits until September 14 (ECF 49 at 3). As such, the government may seek to supplement these objections or add to them upon receipt and review of the defendant's proposed exhibits. The government intends to work with defense counsel in a collaborative manner ahead of the September 18 pretrial conference to minimize objections and/or identify them ahead of time for the Court's convenience. The government will be prepared to address all objections to the defendant's exhibits and any other issues at the pretrial conference, or at any earlier date the Court requires.

At this time, the government objects to the following proposed exhibits identified in the defendant's exhibit list filed on September 1, 2023:

- Exhibit 1 – Rule 403 (relevance)

- Exhibit 2 – Rule 403 (relevance)

- Exhibit 3 – Rule 403 (relevance)

- Exhibit 4 – Rule 403 (relevance); authenticity

- Exhibit 5 – Rule 403 (relevance)

- o   It is unclear what Exhibit 5, titled "DC-001-00000001[37]," refers to.

- Exhibit 6 – Rule 403 (relevance); authenticity; hearsay; Rule 702; Rule 106 (rule of completeness)

  - o   It is unclear what Exhibit 6, titled "Examining the Capitol Attack – A Review of the Security, Planning, and Response Failures on January 6th," refers to.  It is possible, based on the title, that Exhibit 6 is the United States Senate Committee on Homeland Security and Governmental Affairs and Committee on Rules and Administration's Staff Report issued on June 8, 2021.  *See www.rules.senate.gov /imo/media/doc/Jan%206%20HSGAC%20Rules%20Report.pdf*.  Relatedly, it is unclear what portions the defendant intends to introduce, and whether the defendant intends to introduce any portion through any unnoticed expert witnesses. Regardless, the government objects to this exhibit in its entirety, but will better be able to defend its objections upon receiving more information regarding the defendant's intention with Exhibit 6.

- Exhibit 7 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)
  - o   It is unclear what Exhibit 7, titled "THE TRUTH – Rally-goers walk into the Capitol – Capitol Police open the doors," refers to.

- Exhibit 8 – Rule 403 (relevance); hearsay
  - o   It is unclear whether Exhibit 8, titled "Photo of Stop Pence and Trump Protest Flyer" depicts a flyer from January 6, 2021, or some other event.

- Exhibit 9 – Rule 403 (relevance), authenticity; hearsay; Rule 106 (rule of completeness)

- It is unclear who generated the defendant's "Schedule for Wednesday, January 6th 2021," where it comes from, or whether the defendant personally observed it ahead of January 6, 2021.

- Exhibit 10 – Rule 403 (relevance); hearsay; authenticity

- Exhibit 11 – Rule 403 (relevance); hearsay; authenticity; Rule 702; Rule 106 (rule of completeness)

  - It is unclear what Exhibit 12, titled "final_report_of_investigation_real," refers to. Similar to Exhibit 6, the government is unaware what portions of this report the defendant intends to introduce or whether she intends to introduce any of it through an unnoticed expert witnesses.

- Exhibit 12-14 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)

  - It is unclear what Exhibits 12-14, identified as various "open-source videos" of "protestors," depict or say.

- Exhibit 15 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)

  - It is unclear who generated the defendant's "U.S. Capitol Grounds Demonstration Area Map," where it comes from, or whether the defendant personally observed it ahead of January 6, 2021.

- Exhibit 16 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)

  - It is unclear who generated the defendant's "Guidelines For Conducting an Event on United States Capitol Grounds_December 2019," where it comes from, or whether these guidelines were in place on January 6, 2021.

- Exhibit 17 – Rule 403 (relevance); authenticity

- o   It is unclear what Exhibit 17, titled "USCP-011-00055405_image," refers to.

- Exhibit 20 – Rule 403 (relevance), 106 (rule of completeness)

  - o   It is unclear who generated the defendant's "Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS," where it comes from, or whether these guidelines were in place on January 6, 2021.

- Exhibits 21-43 – Rule 403 (relevance); authenticity; Rule 106 (rule of completeness)

  - o   It is unclear what Exhibits 21-43—identified as various photographs, timelines, videos, and other items—refer to, what their origin is, or how they are relevant to this particular trial.

- Exhibits 44-49 – Rule 403 (relevance); protective order

  - o   Exhibits 44-49 appear to identify various USCP CCTV clips.  The government reserves the right to review the defendant's proposed clips for relevance and adherence to the protective order in place in this case (i.e., the defendant's exhibit list continues to identify the CCTV clips as "highly sensitive").

- Exhibits 50-70, 72-80 – Rule 403 (relevance); authenticity; Rule 106 (rule of completeness)

  - o   Exhibits 50-70 and 72-80 appear to be various open-source videos capturing various areas on the Capitol grounds on January 6, 2021.  The government intends to review these videos for relevance under Rule 403 and authenticity before not objecting to their admission.

- Exhibit 71 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)

  - o   It is unclear what Exhibit 71, titled "Capitol Police Manuals," refers to.  The government intends to review the defendant's proposed manuals for relevance, hearsay, and authenticity grounds.

- Exhibit 81 – Authenticity; Rule 106 (rule of completeness)

- Exhibit 82-83 – Rule 403 (relevance); authenticity; hearsay; Rule 106 (rule of completeness)

  - It is unclear what Exhibits 82 and 83—titled "CHS Materials" and "Case file Materials," respectively—refers to.

DATED: September 8, 2023

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  _____
Troy A. Edwards, Jr.
N.Y Bar No. 5453741
Assistant United States Attorney
601 D St., NW
Washington, D.C. 20001
troy.edwards@usdoj.gov
(202) 252-7081

VICTORIA A. SHEETS
Assistant United States Attorney
New York Bar No. 5548623
victoria.sheets@usdoj.gov