# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-507 (PLF) |
| | : | |
| **STEPHANIE M. BAEZ,** | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' MOTION FOR AN EMERGENCY STATUS CONFERENCE

The United States of America files this motion to request an emergency status conference today, September 14, 2023, or as soon as the Court is able for an opportunity to notify the Court of recent developments in the case that may impact the pretrial conference and associated pretrial deadlines related to the trial scheduled to begin September 26, 2023.

The government has emailed defense counsel with additional information and its intention to seek a status conference, but it has not yet heard back.

Respectfully submitted,

DATED: September 14, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Troy A. Edwards, Jr.*
TROY A. EDWARDS, JR.
Assistant United States Attorney
N.Y Bar No. 5453741
601 D Street., N.W.
Washington, D.C. 20001
troy.edwards@usdoj.gov
(202) 252-7081

*/s/ Victoria A. Sheets*
VICTORIA A. SHEETS
Assistant United States Attorney
NY Bar No. 5548623
victoria.sheets@usdoj.gov
(202) 252-7566