UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 21-cr-00507-PLF |
| v. : | |
| : | |
| STEPHANIE MARYLOU BAEZ, : | |
| : | |
| Defendant. : | |

**STATUS REPORT**

On September 14, 2023, the Court held an emergency status hearing at the government's request. The government informed the defendant, Stephanie Baez, and the Court that it intended to seek an indictment charging the defendant with felony obstruction of an official proceeding, in violation of 18 U.S.C. 1512(c)(2), in light of the new trial attorneys' discovery of relevant evidence of the defendant's criminal intent on January 6, 2021. Accordingly, and as a result of defense counsel's purported personal family events, the Court vacated the trial and all associated deadlines. With the defendant's consent, the Court tolled the speedy trial clock in the interest of justice for a total of thirty days—to approximately Friday, October 13, 2023.

On September 27, 2023, a grand jury sitting in Washington, D.C. returned an indictment charging the defendant with felony obstruction and four federal misdemeanors.

On September 29, the Court ordered the parties to file a joint status report with "a number of proposed dates for an arraignment and status conference by Zoom; a proposed briefing schedule for motions on the new charge; and a proposed date to begin trial in this case."

Since September 29, the government has reached out to defense counsel on multiple occasions to discuss a joint proposed scheduling order. The government has received no response.

The government is aware that the same defense counsel filed a motion on October 2, in

*United States v. Derek Gunby* (Case No. 21-CR-626-PLF), to "stay proceedings pending the outcome of a consolidated appeal on the issue of the government's practice of pursuing vindictive retaliatory superseding indictments against Jan. 6 misdemeanor defendants who choose to go to trial."  *Id*., ECF 79 at 1.  In their motion, defense counsel included this defendant, Baez, as support for their motion and noted, "Gunby intends to seek a collateral order in the *Speed* appeal to join the cases of *Gunby*, *Baez*, *Montgomery*, and *Lee* for proper determination of this issue." *Id*. at 11.  This Court ordered the government in *Gunby* to respond to the defendant's motion by October 11.  Defense counsel has filed no such motion in this case, and the government is not aware of any consolidated appeal on file.  In any event, the government intends to move forward toward trial in this case.

In light of the foregoing, the government offers the below proposed deadlines as requested by the Court.  Should these dates not work for the Court, the government is available to appear at any hearing to finalize the schedule.  The government requests that the Court and parties do so on or before October 13, at which time the speedy trial clock will resume.

The following are the government's proposed dates to govern the Court's requested proceedings:

1. The Parties shall meet for an arraignment and status conference by Zoom on [**October 10-13, 2023 / October 17-20, 2023 / October 23-26, 2023**].

2. The Parties shall file any Pretrial Motions on the new charge by [**thirty days prior to the scheduled trial date**], and any responses to those Pretrial Motions by [**ten days prior to scheduled trial date**].

3. The Parties propose the following date to begin trial in this case: [**December 4, 2023 /**

**December 11, 2023 / January 8, 2024**].

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                DC Bar No. 481052

By:   */s/ Troy A. Edwards, Jr.*
                TROY A. EDWARDS, JR.
                N.Y. Bar No. 5453741
                Victoria A. Sheets
                NY Bar No. 5548623
                Assistant United States Attorneys
                601 D Street NW
                District of Columbia, DC 20530
                (202) 252-7081
                troy.edwards@usdoj.gov
                victoria.sheets@usdoj.gov