UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | : |
|  | : |
|  | : CASE NO. 1:21-CR-507 (PLF) |
| v. | : |
|  | : |
| **STEPHANIE BAEZ,** | : |
|  | : |
| Defendant. | : |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Defendant hereby moves this Court for a continuance of the above-captioned proceeding, and further to exclude the time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Dated: October 13, 2023

Respectfully submitted,
*/s/ John M. Pierce*
John M. Pierce
John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
P: (213) 349-0054
jpierce@johnpiercelaw.com

1

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, October 13, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*

John M. Pierce