UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-507 (PLF) |
| | : | |
| | : | |
| **STEPHANIE MARYLOU BAEZ** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO VACATE TRIAL DATES AND SET STATUS REPORT/CONFERENCE DATE

The United States of America, through counsel, and Defendant Stephanie Marylou Baez ("Defendant"), through counsel, respectfully request that the Court to vacate the current trial dates in the case, previously set to begin with jury selection on February 26, 2024. ECF 76. The parties request a status report date (or status conference date) be set at the Court's convenience for the week of February 26, 2024, at which time the parties anticipate presenting new trial dates for the Court's consideration.

On February 8, 2024, defense counsel made the government aware of an unforeseen medical condition that will impact the Defendant's ability to stand trial beginning on February 26, 2024. Defense counsel have informed the government that they will be seeking a continuance of the trial date due to the Defendant's condition. The government agrees that the Defendant's medical condition necessitates vacating the current trial dates in the case. As additional information becomes available in the next two weeks, the parties will meet and confer regarding potential trial dates. The parties will file additional details relating to the Defendant's medical condition under seal.

The parties ask that the Court hold in abeyance the remainder of the due dates of the Scheduling Order issued by the Court on October 18, 2023. ECF 76. The parties will submit a proposed Amended Scheduling Order after any status conference or status report date set by the Court in response to this motion. The parties agree that all time through the next status hearing in the case should be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/*_____
Samuel White
Assistant United States Attorney
N.C. Bar #44908
601 D Street., N.W.
Washington, D.C. 20001
samuel.white@usdoj.gov
202-431-4453

*/s/*_____
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
601 D Street NW
Washington, DC 20530
isia.jasiewicz@usdoj.gov
(202) 252-6923 (o)
(202) 714-6446 (c)

_____/s/_____
JOHN M. PIERCE
John Pierce Law, P.C.
21550 Oxnard Street
Suite 3rd Floor OMB#172
Woodland Hills, CA 91367
213-400-0725
jpierce@johnpiercelaw.com