# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 21-CR-507 (PLF)** |
| : | |
| **STEPHANIE MARYLOU BAEZ** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Victoria Sheets, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:   /s/ Victoria A. Sheets
        Victoria A. Sheets
        Assistant United States Attorney
        NY Bar No. 5548623
        United States Attorney's Office for the
        District of Columbia
        601 D Street, N.W.
        Washington, DC 20530
        Phone: (202) 252-7566
        Email: vsheets@usa.doj.gov