UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | No. 21-cr-507 (PLF) |
| | : | |
| **STEPHANIE MARYLOU BAEZ,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S STATUS REPORT REGARDING TRIAL DATE

Pursuant to this Court's minute order dated February 12, 2024, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this status report requesting that the Court set jury selection in this matter to begin on May 30, 2024, with trial to follow on June 3, 2024.

On February 9, 2024, the parties jointly moved to vacate the trial date previously set for February 26, 2024, due to an unforeseen medical condition that would impact Defendant Stephanie Baez (the "Defendant")'s ability to stand trial beginning on that date. The parties agreed to meet and confer regarding potential trial dates as additional information became available regarding the Defendant's medical condition.

The parties have met and conferred regarding Defendant's medical condition and scheduling of the trial. As of the date of this filing, and based on information provided by defense counsel, it is the government's understanding that the Defendant's medical condition does not create any conflicts with any of the dates proposed herein.

Nonetheless, the parties have been unable to reach agreement regarding a trial date. As described herein, the government proposes that the Court set jury selection in this matter to begin on May 30, 2024, with trial to follow on June 3, 2024. The defense seeks a continuance until mid-July 2024.

The government submits that this Court should proceed with jury selection on May 30, 2024 and trial on June 3, 2024, as these dates provide ample time for the Defendant to recover from the unforeseen medical condition that arose in early February and also fall within a four week gap (between May 20 and June 17, 2024) between trial dates for defense counsel.[1] Although the government is sympathetic to Ms. Baez's recent medical issues, the government is not aware of any information indicating that a trial in late May or early June would "pose a substantial danger to [her] life or health" that would outweigh "the public interest in bringing those accused of criminal misconduct quickly to account," as is required for medical postponement of a criminal trial. *United States v. Saltzman*, 153 F. Supp. 3d 245, 250 (D.D.C. 2016) (internal quotations omitted). Additionally, while defense counsel expressed a preference for July trial dates due to their robust schedule of trials in other cases, the government's proposed start date for the actual trial proceedings (on June 3, 2024) would be two full weeks after defense counsel's closest preceding trial date and two full weeks before defense counsel's closest following trial date. The government's proposed dates are also more than three months removed from the previous trial date in this case (February 26, 2024), which affords defense counsel ample time to build upon any prior preparation undertaken in this case.

Here, the "public interest in bringing [the Defendant] promptly to account" is substantial. *Id.* The Defendant is charged with five counts, including obstruction of an official proceeding in violation of 18 U.S.C. § 1512(c)(2), a serious felony carrying a penalty of up to twenty years' imprisonment. *See* ECF No. 69. All five charges stem from her conduct on January 6, 2021—over three years ago—and this case has been pending since October of 2021—over two years. The

---

[1] Defense counsel represented to the government that they have previously scheduled trials beginning on April 8, April 22, May 6, May 20, and June 17.

government did not oppose Ms. Baez's request in early February to vacate the then-operative trial date, and it does not object to further continuing the trial for her safety and comfort until June 3, 2024. Any further delays are not justified on the record before this Court.

The United States of America respectfully requests that the Court reset jury selection in this matter to begin on May 30, 2024, with trial to follow on June 3, 2024, or at the Court's soonest convenience thereafter. The parties will submit a proposed Amended Scheduling Order after the Court sets a new trial date. The government further requests that all time through the new trial date should be excluded from calculation under the Speedy Trial Act.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Monika (Isia) Jasiewicz
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

/s/ Samuel White
Samuel White
Assistant United States Attorney
N.C. Bar. No. 44908
601 D Street NW
Washington, DC 20530
(202) 431-4453
samuel.white@usdoj.gov