UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| *Plaintiff,*<br><br>UNITED STATES OF AMERICA<br><br>v.<br><br><br>STEPHANIE MARYLOU BAEZ,<br><br>*Defendant*. | Case No. 21-0507 (PLF) |

### DEFENDANT'S STATUS REPORT REGARDING TRIAL DATE

Pursuant to this Court's order dated February 12, 2024, the defendant, Stephanie Marylou Baez, by and through her attorney, hereby submits this status report requesting that the Court set jury selection in this matter to begin July 25, 2024, with trial to follow on July 29, 2024.

As the Government has accurately noted, on February 9, 2024, the parties jointly moved to vacate the trial date which was previously set by this Court to begin on February 26, 2024. This joint movement came only after the defendant received an evaluation from a medical professional regarding an unforeseen and tragic medical condition which affected her ability to stand trial at that time.

The parties have been unable to reach an agreement regarding a trial date. As described herein, the defendant proposes that the Court set jury selection in this matter to begin on July 25, 2024, with trial to follow on July 29, 2024. The government seeks an earlier trial date beginning at the end of May 2024.

While the defendant appreciates the government's understanding of her unforeseen medical tragedy, there are other aspects which the Court must consider in beginning the trial before mid-July. Trial judges have *broad* discretion in granting or denying request for continuance. See *Mack v. United States,* 637 A.2d 420 (D.C. 1994) (emphasis added). Some of the factors to be weighed by the trial judge in considering this continuance are the length of the requested delay, whether the defendant has other competent counsel prepared to try case and whether denying the continuance will result in identifiable prejudice to defendant's case. See *United States v. Gantt,* 140 F.3d 249 (D.C. Cir. 1998).

As this court may be aware of, defendant's counsel has been retained in more than a handful other January 6 cases. Many of these cases are set for trial before the requested date by the government. As such, defense counsel must prepare for trials involving January 6 clients which have been set within this Court on March 18, 2024, March 25, 2024, April 8, 2024, April 22, 2024, May 6, 2024, May 20, 2024, and June 17, 2024. The pace of these trials nearly back-to-back is becoming nearly impracticable for a firm of this size.

Ultimately, "stripping away the opportunity to prepare for trial is tantamount to denying altogether the assistance of counsel for the defense." *United States v. Burton,* 584 F.2d 485, 489 (D.C. Cir. 1978). A continuance until mid-July should not bear an excessive inconvenience on the government nor the Court, while beginning the jury selection for this matter any earlier would be result in a prejudice on the defendant. The government has not alleged that "witness's memories would fade or that safety issues would arise during the period of continuance." See *United States v. Young-Bey,* 2023 WL 4706122 (D.D.C. July 24, 2023) (where the court granted the defendant's motion to continue, supporting its order that minimal inconvenience would be inflicted upon the government).

Defense counsel needs adequate time to prepare for each <u>individual</u> defendant's trial, providing competent and diligent representation to those who stand before this court. Given the small size of defense counsel's firm, we encourage this court to begin trial no earlier than July 2024, for defendant to receive effective assistance of counsel. It is also appreciated if the court could keep in mind the physical and mental health as well as the personal lives of the team members at defense counsel's firm when deciding how quickly to set trial for.

The defendant, by and through her counsel, respectfully requests that the Court reset jury selection in this matter to begin on July 25, 2024, with trial to follow on July 29, 2024. The parties will submit a proposed Amended Scheduling Order after the Court sets a new trial date.

Date: February 26, 2024

Respectfully Submitted,

<u>/s/ John M. Pierce</u>
John M. Pierce
John Pierce Law, P.C.
2550 Oxnard Street
3rd Floor, PMB #172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279 – 7648
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I, John M. Pierce, hereby certify that on this day, February 26, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                          /s/ John M. Pierce
                                          John M. Pierce