UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEPHANIE MARYLOU BAEZ, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0507 (PLF) |

AMENDED SCHEDULING ORDER

On February 12, 2024, the Court vacated the scheduled trial in this case due to Defendant Stephanie Baez's unforeseen medical condition. February 12, 2024 Minute Order. The Court held all remaining pretrial deadlines in abeyance and ordered the parties to submit a joint status report proposing new trial dates. Id. The parties, unable to agree on new trial dates, submitted individual status reports. See Government's Status Report Regarding Trial Date [Dkt. No. 88]; Defendant's Status Report Regarding Trial Date [Dkt. No. 89]. After considering the parties' status reports, the Court's availability, and the long procedural history of this case, it is hereby

ORDERED that jury selection in this case will begin at 9:00 a.m. on June 10, 2024 in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that time shall be excluded under the Speedy Trial Act until June 10, 2024 in the interest of justice; and it is

FURTHER ORDERED that the remaining deadlines set forth in the Court's October 18, 2023 Scheduling Order [Dkt. No. 76] are hereby VACATED; trial proceedings will be governed by the following schedule:

| Date | Description |
| --- | --- |
| April 29, 2024, at 2:00 p.m., via Zoom videoconference | The parties shall appear for an interim status conference. |
| May 13, 2024 | The parties shall file any motions in limine. <br><br> The United States shall file a Rule 404(b) notice if it intends to seek admission of Rule 404(b) evidence at trial. |
| May 17, 2024 | The parties shall exchange proposed case-in-chief exhibit lists. The exhibit lists must contain brief descriptions of each exhibit. <br><br> The parties shall exchange proposed case-in-chief witness lists. Counsel will not be required to call their witnesses in the sequence listed. In some cases, security concerns may justify nonidentification of witnesses by the United States until shortly before they are called to testify. In this situation, the United States will include the number of unidentified witnesses in its witness list and separately identify those witnesses in a filing under seal. Defense counsel shall not publicly disseminate the names of those witnesses. <br><br> The United States shall provide to Ms. Baez all Brady and Giglio evidence not previously disclosed related to the witnesses on its witness list, as well as any other Brady and Giglio information not previously disclosed. |
| May 28, 2024 | Ms. Baez shall file any opposition to the government's Rule 404(b) notice. <br><br> The parties shall file any oppositions to motions in limine. |

| | |
|---|---|
| May 31, 2024 | The parties shall furnish opposing counsel and the Court two sets of exhibit lists and pre-marked exhibits. All exhibits are to be marked in advance of trial and listed in order on the exhibit form obtained from the Courtroom Deputy Clerk. |
| | The parties shall file any objections to the admissibility of exhibits, to the extent practicable. |
| | The parties shall provide to the Court any stipulations executed or anticipated to be executed. |
| | The parties shall file proposed jury instructions, proposed voir dire, and a proposed jury verdict form. If there are any disagreements, the parties shall file their own versions of these documents. |
| June 4, 2024, at 10:00 a.m., via Zoom videoconference | The parties shall appear for final pretrial conference. |
| June 10, 2024, at 9:00 a.m. | Jury selection will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse. |
| | The parties shall be prepared to give opening statements immediately after the jury is empaneled. |
| June 11, 2024, at 10:00 a.m. | Trial will continue in Courtroom 29. |
| June 12, 2024, at 10:00 a.m. | Trial will continue in Courtroom 29. |
| June 13, 2024, at 10:00 a.m. | Trial will continue in Courtroom 29. |
| June 14, 2024, at 10:00 a.m. | Trial will continue in Courtroom 29, if necessary. |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 2/29/24