UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>-v-<br>**STEPHANIE MARYLOU BAEZ,**<br>**Defendant.** | **Criminal No. 21-cr-507 (PLF)** |

**STEPHANIE BAEZ'S UNOPPOSED MOTION FOR A BENCH TRIAL**

Comes Now Stephanie Baez, ("Defendant"), by and through underwritten counsel, with this Motion for a bench trial in this proceeding pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure. Defendant requests that no jury be impaneled and that she be tried by the Court. Counsel requests the Court establish on the record that this is a knowing, intelligent and voluntary waiver by Defendant prior to proceeding with trial. Defendant previously made an election to take this proceeding to a jury trial, but upon reflection has ultimately decided to proceed to a bench trial. Some courts require a relatively short pretrial memorandum that summarizes proposed findings of fact and conclusions of law. If such a filing is required in this jurisdiction, Defendant is ready and willing to submit one. Again, Defendant is aware that her motion for a bench trial simultaneously constitutes a waiver of her jury right. Counsel for Defendant conferred with the government on this request for a bench trial by telephone on March 1, 2024, and they do not oppose.

1

Dated: March 1, 2024                                    Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
John Pierce Law, P.C.
2550 Oxnard Street
3rd Floor, PMB# 172
Woodlands, Hills, CA 91367
jpierce@johnpiercelaw.com
(213) 279-7648

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 1, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
