## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>STEPHANIE MARYLOU BAEZ,<br><br>Defendant. | Criminal No. 21-cr-507 (PLF) |

## DEFENDANT'S NOTICE OF OPEN GUILTY PLEA TO MISDEMEANOR COUNTS 2, 3, 4, AND 5

COMES NOW, Stephanie Marylou Baez ("Baez"), by and through counsel, with this Notice that Baez will plead guilty (without a written plea agreement) to the misdemeanor counts in this case (Counts 2, 3, 4, and 5).

Dated: May 11, 2024                                   Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (662) 665-1061
Email: jpierce@johnpiercelaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, May 11, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
