**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 21-CR-507 (PLF) |
| ) | |
| **STEPHANIE MARYLOU BAEZ,** ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Tony Axam as amicus curiae in the above-captioned matter.

                                        Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                          /s/
                                        _____
                                        TONY AXAM, JR.
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500
                                        tony_axam@fd.org