UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0507 (PLF) |
| ) | |
| STEPHANIE MARYLOU BAEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER

On September 18, 2024, the government filed a third superseding indictment against Defendant Stephanie Marylou Baez. See Third Superseding Indictment [Dkt. No. 103]. The superseding indictment charges Ms. Baez with one count of Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. §§ 1512(c), 2. Ms. Baez will be arraigned on the new indictment on Wednesday, September 25, 2024 at 10:00 a.m. Ms. Baez pled guilty to four misdemeanor counts in this case, charging Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1)), Disorderly and Disruptive Conduct in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(2)), Disorderly Conduct in a Capitol Building (40 U.S.C. § 5104(e)(2)(D)), and Parading, Demonstrating, Picketing in a Capitol Building (40 U.S.C. § 5104(e)(2)(G)). See Defendant's Notice of Open Guilty Plea to Misdemeanor Counts 2, 3, 4, and 5 [Dkt. No. 94]; Minute Order dated May 15, 2024; Indictment [Dkt. No. 69].

Trial on the single felony count is scheduled to begin on December 3, 2024. Ms. Baez may wish to consider, after consulting with her lawyers, whether she would like to withdraw her previous pleas and go forward with a trial on all the charges, the misdemeanors and

the felony. If that is her desire, the Court would be inclined to grant a motion to withdraw her guilty pleas. In light of the foregoing, it is hereby

ORDERED that a combined status conference and arraignment on the [103] Third Superseding Indictment is set for September 25, 2024 at 10:00 a.m. Because the defendant and defendant's counsel reside outside of the District of Columbia, the hearing will take place via video teleconferencing so long as the defendant consents. See Fed. R. Crim. P. 10(c). If the defendant does not consent to be arraigned via video teleconferencing, the arraignment will take place in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 9/20/24