UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>STEPHANIE MARYLOU BAEZ, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0507 (PLF) |

## THIRD AMENDED SCHEDULING ORDER

The Court held a status conference on October 7, 2024. In light of the matters discussed at the conference, it is hereby

ORDERED that time shall be excluded under the Speedy Trial Act until December 3, 2024; and it is

FURTHER ORDERED trial proceedings will be governed by the following schedule:

| Date | Description |
|---|---|
| October 21, 2024 | Defendant shall file a reply and Amicus Curiae may file a memorandum in support of defendant's motion to dismiss. |
| November 1, 2024 | The government shall file a sur-reply in opposition to defendant's motion to dismiss. |
| November 4, 2024 | The parties shall file any motions in limine. |
| November 14, 2024 | The parties shall file oppositions to motions in limine. |
| November 20, 2024 | The parties shall file exhibit and witness lists. |
| November 21, 2024 | The parties shall file replies in support of motions in limine. |

| November 26, 2024 at 2:00 p.m. | Final pretrial conference shall take place via Zoom video teleconference. |
|---|---|
| December 3, 2024 at 10:00 a.m. | The bench trial will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. |

SO ORDERED.

/s/ Paul L. Friedman

PAUL L. FRIEDMAN
United States District Judge

DATE: 10/8/24