UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) Criminal No. 21-0507 (PLF) |
|  | ) |
| STEPHANIE MARYLOU BAEZ, | ) |
|  | ) |
| Defendant. | ) |

DEFENDANT'S MOTION IN LIMINE TO PRECLUDE DEFENDANT'S STATEMENTS AT MISDEMEANOR CHANGE-OF-PLEA HEARING

COMES NOW, Stephanie Marylou Baez ("Baez"), by and through counsel, with this Motion to preclude, from trial, all statements made by Baez at Baez's change of plea hearing regarding misdemeanors in this case.

Baez has entered guilty pleas to the misdemeanor counts in this case, but is preparing for bench trial on Count 1 of the superseding indictment. At Baez' change-of-plea hearing regarding the misdemeanors in this case, Baez made a number of statements that should be precluded from Baez' upcoming trial.

Baez cites *United States v. Mezzanatto*, 513 U.S. 196, 201, (1995), Rule 11(e)(6) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal

Rules of Evidence. Additionally, Baez cites Rule 404(b) of the Federal Rules of Evidence, which prohibits the use of prior bad act evidence in some circumstances.

As the Supreme Court stated in Mezzanatto, courts have an interest in promoting and facilitating plea negotiations, and litigants should not be chilled in their pleading by fears of having their statements at plea hearings used against them in further prosecutions.

November 4, 2024                             **RESPECTFULLY SUBMITED,**

                                                     */s/ Roger Roots*
                                       Roger Roots, Esq.
                                       *Counsel for Defendant*
                                       Roger Roots
                                       10 Dorrance Street
                                       Suite 700 #649
                                       Providence, RI 02903
                                       775-764-9347
                                       rroots@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to all attorneys of record.

      */s/ Roger Roots*
      Roger Roots