UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0507 (PLF) |
| STEPHANIE MARYLOU BAEZ, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

On May 15, 2024, Ms. Baez pled guilty to the four misdemeanor charges contained in the Second Superseding Indictment – Counts Two, Three, Four, and Five, charging Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G).  See Minute Entry for May 15, 2024; see also Second Superseding Indictment [Dkt. No. 69].  In addition to the misdemeanor charges, Ms. Baez was charged with Obstruction of an Official Proceeding and Aiding and Abetting in violation of 18 U.S.C. §§ 1512(c) and 2.  See Third Superseding Indictment [Dkt. No. 103].  The Court held a bench trial on that charge on December 3 and 4, 2024.  At the close of the government's case in chief, Ms. Baez moved for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure.  On January 17, 2025, the Court granted Ms. Baez's motion for acquittal and instructed the parties to state their views on whether a presentence investigation report would be needed before Ms. Baez was sentenced on the four misdemeanors charges.  See United States

v. Baez, Crim. No. 21-0507 (PLF), 2025 WL 225039, at *1 (D.D.C. Jan. 17, 2025); Order [Dkt. No. 130].

The government has now filed a motion to dismiss the case. See [Dkt. No. 132]. Upon consideration of that motion, it is hereby

ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) [Dkt. No. 132] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the case is hereby DISMISSED without prejudice; and it is

FURTHER ORDERED that all future deadlines and court appearances are VACATED.

The Clerk of Court is directed to terminate the case.

SO ORDERED.

Date: 2025.01.22 15:43:46 -05'00'

PAUL L. FRIEDMAN
United States District Judge

DATE:  January 22, 2025

2